UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEROY MEAUX, doing business as** | * | CIVIL ACTION NO.: |
| **TeLe's Welding** | * | |
| | * | SECTION " " |
| VS. | * | |
| | * | JUDGE |
| **JASON RAY, INC.** | * | |
| | * | MAGISTRATE |

*************************************************************************

### COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, LeRoy Meaux, doing business as TeLe's Welding, an individual domiciled in the Parish of Plaquemines, State of Louisiana within the jurisdiction of this Honorable Court, and with respect represents that:

1.

Made Defendant herein is Jason Ray, Inc., a Louisiana corporation, with its registered office and principal place of business located in the Parish of Jefferson, State of Louisiana within the jurisdiction of this Honorable Court.

2.

This matter arises under the Court's Admiralty and Maritime jurisdiction, 28 U.S.C. § 1333. Venue is proper in this jurisdiction, pursuant to 28 U.S.C. § 1391, as the Defendant maintains its principal place of business within the judicial district of this Honorable Court.

3.

Jason Ray, Inc. is justly and truly indebted unto LeRoy Meaux in the full sum of $74,880.00, plus interest, reasonable attorneys' fees, and for all costs, charges and expenses of these proceedings for the following reasons to wit:

4.

Jason Ray, Inc. is the owner of the M//V Jason Ray.

5.

Jason Ray, Inc. hired LeRoy Meaux to perform repairs to the M/V Jason Ray.

6.

LeRoy Meaux provided services, materials, and/or labor unto Jason Ray, Inc. via contract and/or open account as described in the following attached invoices on the dates mentioned and at the prices and terms set forth, totaling the sum of $147,380.00 less payments of $72,500.00.

| Date | Invoice No. | Labor | Balance | Costs | Invoice Total | Payments | Invoice Balance |
|---|---|---|---|---|---|---|---|
| 6/3/2015 | 846411 | $ 25,930.00 | | $ - | $ 25,930.00 | $ - | $ 25,930.00 |
| 6/3/2015 | 846412 | $ 2,550.00 | $28,480.00 | $ - | $ 2,550.00 | $(12,500.00) | $ 15,980.00 |
| 7/13/2015 | 846413 | $ 16,940.00 | $32,920.00 | $ - | $ 16,940.00 | $(15,000.00) | $ 17,920.00 |
| 7/18/2015 | 846414 | $ 9,555.00 | $27,475.00 | $6,300.00 | $ 15,855.00 | $ - | $ 33,775.00 |
| 8/20/2015 | 846415 | $ 20,740.00 | $54,515.00 | $ - | $ 20,740.00 | $ - | $ 54,515.00 |
| 8/20/2015 | 846416 | $ 14,170.00 | $68,685.00 | $ - | $ 14,170.00 | $(40,000.00) | $ 28,685.00 |
| 10/14/2015 | 846418 | $ 18,135.00 | $46,820.00 | $ - | $ 18,135.00 | $ - | $ 46,820.00 |
| 10/14/2015 | 846419 | $ 16,240.00 | $63,060.00 | $ - | $ 16,240.00 | $ - | $ 63,060.00 |
| 10/14/2015 | 846420 | $ 16,820.00 | $79,880.00 | $ - | $ 16,820.00 | $ (5,000.00) | $ 74,880.00 |
| Total | | $141,080.00 | | $6,300.00 | $ 147,380.00 | $(72,500.00) | $ 74,880.00 |

Copies of said invoices are attached and marked Exhibit A for identification.

7.

Despite the payments by Jason Ray, Inc., a balance remains due and payable of $74,880.00.

8.

On October 27, 2016, LeRoy Meaux, through counsel, made demand upon Jason Ray, Inc. for payment of the outstanding invoices, as is evidenced by a copy of the demand letter attached hereto and marked Exhibit B.

## **CAUSE OF ACTION: BREACH OF CONTRACT**

9.

LeRoy Meaux repeats and realleges the preceding allegations as if fully restated herein.

10.

Pursuant to an agreement between LeRoy Meaux and Jason Ray, Inc., Jason Ray, Inc. has a duty to pay LeRoy Meaux for its services, as shown in its invoices.

11.

Jason Ray, Inc. has failed to pay the outstanding invoices within thirty (30) days.

12.

Jason Ray, Inc.'s failure to make timely payments is a breach of the agreement between LeRoy Meaux and Jason Ray, Inc.

13.

Through its actions and inactions, Jason Ray, Inc. breached its duties under the agreement between LeRoy Meaux and Jason Ray, Inc. by failing to pay LeRoy Meaux's invoices when due, and such other actions or inactions as identified through discovery and/or at trial.

14.

As a result of Jason Ray, Inc.'s breach of contract, LeRoy Meaux has incurred, and continues to incur, significant costs and damages, including, but not limited to, the outstanding sum of $74,880.00, plus interest, loss of use of funds, reasonable attorneys' fees, all costs, charges and expenses of these proceedings, and any other costs and damages as identified through discovery and/or at trial.

15.

Jason Ray, Inc. is liable to LeRoy Meaux for all damages resulting from the breach of the agreement between LeRoy Meaux and Jason Ray, Inc.., including, but not limited to, the outstanding sum of $74,880.00, plus interest, loss of use of funds, reasonable attorneys' fees, all costs, charges and expenses of these proceedings, and any other costs and damages as identified through discovery and/or at trial.

### CAUSE OF ACTION: OPEN ACCOUNT

16.

LeRoy Meaux repeats and realleges the preceding allegations as if fully restated herein.

17.

Pursuant to Louisiana Revised Statute 9:2781, LeRoy Meaux has made written demand upon Jason Ray, Inc. for the payment of the account as is evidenced by a copy of the demand letter and invoices attached hereto and marked Exhibit B.

18.

More than thirty (30) days have elapsed since written demand, and no payment has been received from Jason Ray, Inc.; therefore, LeRoy Meaux seeks and is entitled to be reimbursed for reasonable attorney's fees incurred for the prosecution and collection of this claim.

WHEREFORE, LeRoy Meaux prays that after due proceedings had, there be judgment in its favor and against Jason Ray, Inc. in the full sum of $74,880.00, plus interest, reasonable attorneys' fees, and for all costs, charges and expenses of these proceedings, and for all other general and equitable relief.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT &
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

 /s/ Corey E. Dunbar
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com