Tete's Welding
129 E. Karen La.
Baras, La 70041

**846411**

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
|---|---|---|
| | | Jan 3, 2015 |

NAME: Jason Ray

ADDRESS:

CITY, STATE, ZIP: M/V Jason Ray

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cutting & welding | | |
| 2 | on hull | | |
| 3 | Jan 3 - 1 welder - 8h @ $60 p h | | 480 00 |
| 4 | Jan 4 - 2 welders - 8h @ $120 p h | | 1060 00 |
| 5 | Jan 8 - 2 welders 1 help - 9h @ $145 p h | | 1305 00 |
| 6 | Jan 9 - 2 welders 1 help - 10h @ $145 p h | | 1450 00 |
| 7 | Jan 10 - 2 welders 1 help - 10h @ $145 p h | | 1450 00 |
| 8 | Jan 11 - 2 welders - 10h @ $170 p ea h | | 1700 00 |
| 9 | Jan 12 - 1 welder 2 help - 9h @ $110 p h | | 990 00 |
| 10 | Jan 13 - 2 welders 2 help - 9h @ $170 p h | | 1530 00 |
| 11 | Jan 15 - 2 welders 2 help - 10h @ $170 p h | | 1700 00 |
| 12 | Jan 16 - 2 welders 2 help - 10h @ $170 p h | | 1700 00 |
| 13 | Jan 17 - 2 welders 2 help - 10h @ $170 p h | | 1700 00 |
| 14 | Jan 18 - 2 welders 2 help - 10h @ $170 p h | | 1700 00 |
| 15 | Jan 19 - 2 welders 3 help - 10h @ $195 p h | | 1950 00 |
| 16 | Jan 22 - 2 welders 3 help - 9h @ $195 p h | | 1755 00 |
| 17 | Jan 23 - 2 welders 3 help - 8h @ $195 p h | | 1560 00 |
| 18 | Jan 24 - 2 welders 3 help - 10h @ $195 p h | | 1950 00 |
| | Jan 25 - 2 welders 3 help - 10h @ $195 p h | | 1950 00 |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE   Total 25,930 00

EXHIBIT A

Tele's Welding
129 E. Karen Ln
Barco La 70041

846412

| CUSTOMER'S ORDER NO. | DEPARTMENT | | | DATE Jun 3, 2015 | | |
|---|---|---|---|---|---|---|
| NAME Jason Ray | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | M/V Jason Ray | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | | Continued from 846411 | | | |
| 2 | | Total | | 2590 | 00 |
| 3 | | Jun 26 - 2 welders - 10 hr at 170 p h | | 1700 | 00 |
| 4 | | Jun 27 - 2 welders - 5 h at 170 p h | | 850 | 00 |
| 5 | | Total | | 28480 | 00 |
| 6 | | Pd - | | 2500 | 00 |
| 7 | | | | 25980 | 00 |
| 8 | | Pd | | 10000 | 00 |
| 9 | | Owed | | 15980 | 00 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY

A-5805
T-46320/46350

KEEP THIS SLIP FOR REFERENCE

01-11

TeLe's Welding
129 E Karen Ln
Buras, LA 70041

846413

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE July 13, 2015 |
|---|---|---|
| NAME | Jason Ray, Inc | |
| ADDRESS | | |
| CITY, STATE, ZIP | M/V Jason Ray | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cutting and Welding | | |
| 2 | Shop | | |
| 3 | From 1st ticket owed | | 15480 00 |
| 4 | Jun 29 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 5 | Jun 30 - 2 welders 2 labor - 9 hr at $170 per h | | 1530 00 |
| 6 | July 1 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 7 | July 2 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 8 | July 3 - 2 welders 2 labor - 7 hr at $170 per h | | 1198 00 |
| 9 | July 6 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 10 | July 7 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 11 | July 8 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 12 | July 9 - 2 welders 2 labor - 10 hr at $170 per h | | 1700 00 |
| 13 | July 10 - 1 welder 1 labor - 8 hr at $145 per h | | 1160 00 |
| 14 | July 11 - 2 welders 2 labor - 8 hr at $145 per h | | 1160 00 |
| 15 | | Total $ | 32920 00 |
| 16 | | Pd | 15000 00 |
| 17 | | Owed | 17920 00 |
| 18 | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

Tele's Welding
129 E Karen Ln
Buras, LA 70041

No. 846414

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE July 18, 2015 | | | |
|---|---|---|---|---|---|---|
| NAME Jason Roy Jr | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP  M/V Queen Roy | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. ✓ | MDSE. RETD. | PAID OUT |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cutting + welding | | |
| 2 | on boat | | |
| 3 | Continued from Ticket # 846413 | | |
| 4 | Owed $17920.00 | | |
| 5 | July 13 - 2 welder/2 rig - 10 h @ $170 p h | | 1700.00 |
| 6 | July 14 - 2 welder/2 rig - 9 h @ $170 p h | | 1530.00 |
| 7 | July 15 - 2 welder/2 rig - 10 h @ $170 p h | | 1700.00 |
| 8 | July 16 - 2 welder/2 rig - 10 h @ $170 p h | | 1700.00 |
| 9 | July 17 - 2 welder/3 rig - 10 h @ $195 p h | | 1950.00 |
| 10 | July 18 - 2 welder/2 rig - 5 h @ $195 p h | | 975.00 |
| 11 | Total $27475.00 | | |
| 12 | Venice Steel | | 25.00 |
| 13 | Personal Rentals | | 380.00 |
| 14 | Total | | 27775.00 |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| RECEIVED BY | | | |

KEEP THIS SLIP FOR REFERENCE

TeLe's Welding
129 E Karen Ln
Buras, LA 70041

No. 846415

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE Aug 20, 2015 | | | |
|---|---|---|---|---|---|---|
| NAME Jason Ray, Jr | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP M/V Jason Ray | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cutting + welding on boat | | |
| 2 | Jul 20 - 2 welders / 2 cutters - 5 h at $170 p/h ea | $ | 850 00 |
| 3 | Jul 21 - 2 welders / 2 cutters - 10 h at $170 p/h ea | | 1700 00 |
| 4 | Jul 22 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 5 | Jul 23 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 6 | Jul 24 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 7 | Jul 25 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 8 | Jul 27 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 9 | Jul 28 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 10 | Jul 29 - 2 welders / 2 cutters - 10 h at $170 p/h ea | | 1700 00 |
| 11 | Jul 30 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 12 | Jul 31 - 2 welders / 2 cutters - 8 h at $170 p/h ea | | 1360 00 |
| 13 | Aug 3 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 14 | Aug 4 - 2 welders / 2 cutters - 9 h at $170 p/h ea | | 1530 00 |
| 15 | Aug 5 - 2 welders / 2 cutters - 8 h at $170 p/h ea | | 1360 00 |
| 16 | | Total $ | 20740 00 |
| 17 | | | |
| 18 | | | |
| RECEIVED BY | | | |

KEEP THIS SLIP FOR REFERENCE

TeLe's Welding
129 E Karen Ln
Buras, LA 70041

No. 846416

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
| --- | --- | --- |
| | | |

NAME: Jesse Ray Sr.
ADDRESS:
CITY, STATE, ZIP: M/V Jesse Ray

SOLD BY | CASH | C.O.D. ✓ | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT

| # | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | | Cutting + welding | | |
| 2 | | boat | | |
| 3 | | Owed | | 5415.00 |
| 4 | Aug 10 | 2 weld – 9 h @ $170 p/h | | 1530.00 |
| 5 | " 11 | 2 weld – 8 h @ $170 p/h | | 1360.00 |
| 6 | " 12 | 2 weld – 9 h @ $170 p/h | | 1530.00 |
| 7 | " 13 | 10 h @ $145 p/h | | 1450.00 |
| 8 | " 14 | 2 weld – 8 h @ $170 p/h | | 1360.00 |
| 9 | " 17 | 2 weld – 8 h @ $145 p/h | | 1160.00 |
| 10 | " 18 | 2 weld – 9 h @ $170 p/h | | 1530.00 |
| 11 | " 19 | 2 weld – 7 h @ $170 p/h | | 1190.00 |
| 12 | " 20 | 2 weld – 9 h @ $170 p/h | | 1530.00 |
| 13 | " 21 | 2 weld – 9 h @ $170 p/h | | 1530.00 |
| 14 | | | Ttl | 18685.00 |
| 15 | | | Pd | 5000.00 |
| 16 | | | Owed | 13685.00 |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

Tehe's Welding
129 E Karen Ln
Buras, LA 70041

| CUSTOMER'S ORDER NO. | DEPARTMENT | | | DATE Oct 14, 2015 | | |
|---|---|---|---|---|---|---|
| NAME Jason Ray | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP M/V Jason Ray | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE ✓ | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cutting + welding boat | | |
| 2 | | Owed | 28685.00 |
| 3 Aug 24 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 4 Aug 25 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 5 Aug 26 | 2 welders - 9 h ea $170 p h | | 1530.00 |
| 6 Aug 27 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 7 Aug 28 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 8 Aug 31 | 2 welders - 9 h ea $170 p h | | 1530.00 |
| 9 Sept 1 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 10 Sept 2 | 2 welders - 8 h ea $170 p h | | 1368.00 |
| 11 Sept 3 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 12 Sept 4 | 2 welders - 3 h ea $170 p h | | 510.00 |
| 13 Sept 7 | 2 welders - 9 h ea $145 p h | | 1305.00 |
| 14 Sept 8 | 2 welders - 9 h ea $170 p h | | 1530.00 |
| 15 Sept 9 | 2 welders - 8 h ea $170 p h | | 1360.00 |
| 16 Sept 10 | 2 welders - 5 h ea $170 p h | | 850.00 |
| 17 | | Owed | 46820.00 |
| 18 | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

816418

TeLe's Welding
129 E Karen Ln
Buras LA 70041

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE | | | 81 6419 |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | Jason Ray Jr | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
| | | M/V Jason Ray | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cutting + Welding | | |
| 2 | Owed | | 46,828.00 |
| 3 | Sept 14 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 4 | Sept 15 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 5 | Sept 16 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 6 | Sept 17 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 7 | Sept 18 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 8 | Sept 21 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 9 | Sept 22 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 10 | Sept 23 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 11 | Sept 24 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 12 | Sept 25 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 13 | Sept 29 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 14 | Sept 30 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 15 | Oct 1 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 16 | Oct 2 - 2 welders - 8h at $145 p/h L | | 1160.00 |
| 17 | | Owed | |
| 18 | | | 63,560.00 |

RECEIVED BY

A-5805
T-46320/46350

KEEP THIS SLIP FOR REFERENCE

01-11

TeLe's welding
129 E Karen Ln
Burus, LA 70041

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
|---|---|---|
| | 1 | |

NAME: Jason Ray Sr.

M/v Jason Ray

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | ✓ | | ✓ | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Piping + welding | | |
| 2 | — Owed | | 63060.00 |
| 3 | Oct 5 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 4 | Oct 6 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 5 | Oct 7 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 6 | Oct 8 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 7 | Oct 9 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 8 | Oct 12 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 9 | Oct 13 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 10 | Oct 14 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 11 | Oct 15 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 12 | Oct 16 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 13 | Oct 19 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 14 | Oct 20 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 15 | Oct 21 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 16 | Oct 22 - 2 welder - 4h x $145 p.h | | 580.00 |
| 17 | Oct 23 - 2 welder - 8h x $145 p.h | | 1160.00 |
| 18 | Owed | | 79880.00 |
| RECEIVED BY | | Pd | 5000.00 |
| | | | 74880.00 |

85420

KEEP THIS SLIP FOR REFERENCE